**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JINGHANG LI,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-CV-04121-CTS

**JUDGMENT**

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus filed November 19, 2026 (ECF No. 18), IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: November 20, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE